

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Anton Ewing

**Plaintiff,**

V.

Senior Life Planning, LLC

**Defendant.**

Civil Action No.    19cv1005-BAS-LL

## CLERK'S DEFAULT JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

that the Court grants in part Plaintiff's Motion for Default Judgment. Judgment is entered in favor of Plaintiff and against Defendant on Counts 1 and 3 in the amount of $8,000. Court grants Plaintiff's request for injunctive relief. Defendant is enjoined from contacting cellular telephone number (619)-719-9640. Court finds Plaintiff is unable to sufficiently plead a violation of 42 U.S.C. § 227(b) (1)(B) (TCPA call to a residential telephone) in his second cause of action. Court sua sponte dismisses Plaintiff's second cause of action. The litigation in this matter is concluded. The case is closed.

**Date:**    9/19/19

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**

By: s/ J. Haslam

J. Haslam, Deputy